AO 91 (Rev. 11/11) Criminal Complaint                                AUSA Scott R. Paccagnini (815) 987-4444

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.

CHAD UDELHOFEN

CASE NUMBER:
UNDER SEAL     19CR50046

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 30, 2019, at Roscoe, in the Northern District of Illinois, Western Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | Bank Robbery |

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

CASIMER SOLANA
Special Agent, Federal Bureau of Investigation (FBI)

Sworn to before me and signed in my presence.

Date: October 8, 2019

Judge's signature

City and state: Rockford, Illinois

LISA A. JENSEN, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, CASIMER SOLANA, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed for twenty-two years. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that Chad UDELHOFEN robbed the First National Bank and Trust in Roscoe, Illinois, in violation of Title 18, United States Code, Section 2113(a).

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging UDELHOFEN with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that UDELHOFEN committed the offense alleged in the complaint.

4. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, officers, and witnesses, my experience and training, and the experience of other agents.

## Facts in Support of Probable Cause

5. On September 30, 2019, UDELHOFEN robbed the First National Bank and Trust located in Roscoe, Illinois. Specifically, at approximately 9:00 a.m. on September 30, 2019, a white male, with a baldhead, wearing a plain white t-shirt and glasses, and carrying a sling backpack, entered the First National Bank and Trust in Roscoe, Illinois. The individual stopped at the front counter immediately to the right of the front doors and reached into his bag, removed something, and began writing on it.

6. A teller, who had just finished with helping a customer, offered to help the individual. The individual approached the teller and provided the teller with an envelope that had writing on it. According to the teller, the writing on the envelope said, "QUICKLY AND QUIETLY GIVE ME ALL THE CASH IN YOUR DRAWER."

7. After receiving the note, the teller placed United States currency in denominations of $20, $10, $5, and $1 in a bank envelope. The teller placed the envelope filled with the United States currency on the counter. The United States currency the teller placed in the envelope and subsequently on the counter was money in the care, custody, control, management, and possession of the First National Bank and Trust.

8. After the teller placed on the counter the envelope filled with United States currency, the individual pointed to the envelope with the writing on it. The teller took that envelope and filled it with United States currency in denominations of $100 and $50. The teller then placed on the counter the second envelope filled with

United States currency. The United States currency the teller placed in the second envelope and subsequently on the counter was money in the care, custody, control, management, and possession of the First National Bank and Trust.

9. After the teller placed on the counter the second envelope filled with United States currency, the individual grabbed both envelopes filled with United States currency and left the First National Bank and Trust. Between the two envelopes, the individual left with $3,128 in United States currency that was in the care, custody, control, management, and possession of the First National Bank and Trust.

10. Shortly after the individual left, officers with the Roscoe Police Department arrived and obtained a video recording and still photographs of the robbery. Roscoe Police Department officers subsequently uploaded some of the photographs to the Roscoe Police Department's Facebook page.

11. Numerous individuals contacted the Roscoe Police Department after viewing the photographs on the Roscoe Police Department's Facebook page and identified UDELHOFEN as the individual depicted in the photographs on the Roscoe Police Department's Facebook page. UDELHOFEN's mother, brother, and daughter are among those that identified UDELHOFEN as the individual depicted in the photographs on the Roscoe Police Department's Facebook page robbing the First National Bank and Trust. Additionally, the following individuals identified UDELHOFEN as the individual depicted in the photographs on the Roscoe Police Department's Facebook page robbing the First National Bank and Trust: an

individual who went to high school with UDELHOFEN, an individual who worked with UDELHOFEN for over one year, and an individual who is friends with UDELHOFEN.

12. Both the teller and the other employee, who were shown a sequential lineup,[1] identified other individuals in the sequential lineup as the person who robbed the First National Bank and Trust; neither identified UDELHOFEN. Based on my training and experience, it is not uncommon for tellers and bank employees who viewed a robber for a short period of time during a stressful event to either not identify or misidentify an individual in a lineup.

13. I obtained UDELHOFEN's driver's license photograph from the Illinois Secretary of State. After comparing UDELHOFEN's driver's license photograph to some of the still photographs of the robbery, I believe UDELHOFEN is the individual depicted in the photographs robbing the First National Bank and Trust.

14. After the robbery, I spoke with the branch manager of the First National Bank and Trust. The branch manager said that on the day of the robbery, the Federal Deposit Insurance Corporation insured the deposits of the First National Bank & Trust.

---

[1] A sequential lineup is one in which the witness views photographs one at a time instead of having all the photographs on one page. In this case, officers with the Roscoe Police Department used UDELHOFEN's driver's license photograph and used photographs retrieved from a database that maintains photographs of individuals at the Winnebago County Jail. Officers first inputted parameters into the database, such as race, height, and weight. Officers next looked at the results and picked the photographs of individuals that were most similar to one another based on specific characteristics (*i.e.* balding and wearing glasses). The officers then changed the photographs to black and white so the background of the photographs was not visible.

## Conclusion

15. Based on the facts set forth above, there is probable cause that on September 30, 2019, at Roscoe, in the Northern District of Illinois, defendant Chad UDELHOFEN robbed the First National Bank and Trust, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

*[signature]*
CASIMER SOLANA
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on October 8, 2019.

*[signature]*
LISA A. JENSEN
United States Magistrate Judge